IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROLLINS STEWART,**

    **Plaintiff,**

vs.                                                                         4:05-CV-373-SPM

**TRANS UNION, LLC, a limited liability
company; and FLEET CREDIT CARD
SERVICES, L.P., a limited partnership,**

    **Defendants.**

_____/

**ORDER EXTENDING DEADLINES**

    **THIS CAUSE** comes before the Court upon the "Plaintiff's Consented-to Motion to Enlarge Discovery Cutoff and Dispositive Motions Deadlines" (doc. 26) filed May 10, 2006, in which the parties request that certain deadlines be extended by approximately 30 days to accommodate scheduled depositions. No request for a change in trial date appears in the motion, but it will be necessary to extend mediation deadlines in order to correspond with the new deadlines for discovery cutoff and filing of dispositive motions.

    The Court finds the extension to be appropriate. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The motion for extension of time (doc. 26) is hereby *granted*.

2. All discovery shall be completed on or before **June 15, 2006**.

3. All dispositive motions shall be filed on or before **July 2, 2006**.

4. The first mediation conference shall take place on or before **June 29, 2006**.

5. Mediation shall be completed on or before **July 12, 2006**.

6. The mediation report shall be filed on or before **July 26, 2006**.

7. All other dates in the mediation and scheduling order (doc. 12) shall remain in full force and effect, including the current trial date of **September 18, 2006**.

**DONE AND ORDERED** this <u>fifteenth</u> day of May, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge