UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROLLINS STEWART,**

    **Plaintiff,**

vs.                                          4:05-CV-373-SPM

**TRANS UNION, LLC, a limited liability company; and FLEET CREDIT CARD SERVICES, L.P., a limited partnership,**

    **Defendants.**

_____/

## ORDER DISMISSING CASE

    **THIS CAUSE** comes before the Court upon the "Notice of Settlement" (doc. 38) filed on July 7, 2006, which advises that the parties have resolved all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

    **ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

    **DONE AND ORDERED** this <u>tenth</u> day of July, 2006.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge